# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
MORUZZI, DANIEL § Case No. 12-35128
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on         . The undersigned trustee was appointed on         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                 $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/Peter N. Metrou, Trustee_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-35128 | BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|
| Case Name: | MORUZZI, DANIEL | | | Date Filed (f) or Converted (c): | 07/26/10 (f) |
| | | | | 341(a) Meeting Date: | 10/01/12 |
| For Period Ending: | 12/04/14 | | | Claims Bar Date: | 01/02/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 671 Bittersweet Lane, New Lenox, IL 60451 Co-Owned | 266,000.00 | 104,585.00 | | 32,000.00 | FA |
| 2. Checking - First Midwest Bank | 200.00 | 200.00 | | 0.00 | FA |
| 3. Furniture | 150.00 | 150.00 | | 0.00 | FA |
| 4. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5. 2006 Chevy Silverado  100,000 miles | 6,500.00 | 940.00 | | 0.00 | FA |
| 6. 2006 Alumicraft Navigator 165 Fishing Boat | 10,000.00 | 1,130.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $283,350.00    $107,005.00    $32,000.00    Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Claims bar date passed and extended and no new claims filed, ready for TFR, surplus to Debtor; employ accountant for returns 2/14

Initial Projected Date of Final Report (TFR): 06/30/13     Current Projected Date of Final Report (TFR): 12/31/14

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                 Ver: 18.03a

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-35128 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | MORUZZI, DANIEL | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******4911  Checking Account |
| Taxpayer ID No: | *******2526 | | |
| For Period Ending: | 12/04/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 31,700.76 | | 31,700.76 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.64 | 31,690.12 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 45.58 | 31,644.54 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 47.05 | 31,597.49 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 45.46 | 31,552.03 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 46.91 | 31,505.12 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 31,700.76 | 195.64 | 31,505.12 |
| Less: Bank Transfers/CD's | 31,700.76 | 0.00 | |
| Subtotal | 0.00 | 195.64 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 195.64 | |

Page Subtotals   31,700.76   195.64

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Ver: 18.03a

LFORM24

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-35128 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | MORUZZI, DANIEL | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******1294 Checking Account |
| Taxpayer ID No: | *******2526 | | | |
| For Period Ending: | 12/04/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/20/13 | 1 | LORI J MORUZZI | RE BUYOUT | 1110-000 | 32,000.00 | | 32,000.00 |
| 08/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 7/13 | 2600-000 | | 10.00 | 31,990.00 |
| 09/14/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES - 8/13 | 2600-000 | | 33.96 | 31,956.04 |
| 10/10/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 9-13 | 2600-000 | | 32.84 | 31,923.20 |
| 11/12/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 33.89 | 31,889.31 |
| 12/15/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 12/13 | 2600-000 | | 32.77 | 31,856.54 |
| 02/06/14 | 001001 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND PREMIUM 016026455 | 2300-000 | | 57.69 | 31,798.85 |
| 02/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 33.79 | 31,765.06 |
| 02/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 33.83 | 31,731.23 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 30.47 | 31,700.76 |
| 03/25/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 31,700.76 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 32,000.00 | 32,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 31,700.76 | |
| Subtotal | 32,000.00 | 299.24 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 32,000.00 | 299.24 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********4911 | 0.00 | 195.64 | 31,505.12 |
| Checking Account - ********1294 | 32,000.00 | 299.24 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 32,000.00 | 494.88 | 31,505.12 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 32,000.00 32,000.00

LFORM24 UST Form 101-7-TFR (5/1/2011) *(Page: 5)* Ver: 18.03a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 12-35128 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | MORUZZI, DANIEL | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******1294  Checking Account |
| Taxpayer ID No: | *******2526 | | | |
| For Period Ending: | 12/04/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********4911
Checking Account - ********1294

Page Subtotals        0.00        0.00

ANALYSIS OF CLAIMS REGISTER
EX C

CASE NO: 12-35128-BWB
CASE NAME: MORUZZI, DANIEL
CLAIMS BAR DATE: 01/02/13
CLAIMS REVIEWED BY: Peter N. Metrou, Trustee

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
|  | Peter N. Metrou, Trustee<br>123 W. Washington Street<br>Suite 216<br>Oswego, IL 60543 | Administrative |  | 0.00 | 3,514.07 | 3,514.07 |
|  | Peter N. Metrou, Trustee<br>123 W. Washington Street<br>Suite 216<br>Oswego, IL 60543 | Administrative |  | 0.00 | 60.28 | 60.28 |
| 001<br>3410-00<br>Accountant for Trustee Fees (Other | POPOWCER KATTEN, LTD<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601 | Administrative |  | 0.00 | 906.50 | 906.50 |
|  |  | Subtotal for Class Administrative |  | 0.00 | 4,480.85 | 4,480.85 |
| 999<br>8200-00<br>Surplus Funds Paid to Debtor | DANIEL MORUZZI<br>798 AMANDA RD<br>NEW LENOX, IL 60451 | Unsecured |  | 0.00 | 0.00 | 4,359.27 |
| 000001<br>070<br>7100-00<br>General Unsecured 726(a)(2) | LVNV Funding LLC its successors and assigns<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured |  | 0.00 | 1,428.50 | 1,428.50 |
| 000002<br>070<br>7100-00<br>General Unsecured 726(a)(2) | East Bay Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29603 | Unsecured |  | 0.00 | 1,345.11 | 1,345.11 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000003 070 7100-00 General Unsecured 726(a)(2) | Portfolio Recovery Associates, LLC successor to FIA CARD SERVICES, N.A. POB 41067 Norfolk VA 23541 | Unsecured | | 0.00 | 7,935.57 | 7,935.57 |
| 000004 070 7100-00 General Unsecured 726(a)(2) | Portfolio Recovery Associates, LLC successor to CAPITAL ONE, NATIONAL ASSOC POB 41067 Norfolk VA 23541 | Unsecured | | 0.00 | 11,697.27 | 11,697.27 |
| | | Subtotal for Class Unsecured | | 0.00 | 22,406.45 | 26,765.72 |
| | | Case Totals: | | 0.00 | 26,887.30 | 31,246.57 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-35128
Case Name: MORUZZI, DANIEL
Trustee Name: Peter N. Metrou, Trustee

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ | $ | $ |
| Trustee Expenses: Peter N. Metrou, Trustee | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | LVNV Funding LLC its successors and assigns | $ | $ | $ |
| 000002 | East Bay Funding LLC | $ | $ | $ |
| 000003 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000004 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance                                            $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of      % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $         . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $         .