UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                              §
                                    §
MORUZZI, DANIEL                     §     Case No. 12-35128
                                    §
            Debtor(s)               §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE COURT
        219 South Dearborn
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 01/09/2015 in Courtroom ,
        Joliet City Hall
        150 West Jefferson, 2nd Floor
        Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/04/2014          By: CLERK OF THE COURT


Peter N. Metrou, Trustee
123 W. Washington Street
Suite 216
Oswego, IL 60543

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MORUZZI, DANIEL | § | Case No. 12-35128 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 32,000.00 |
| and approved disbursements of | $ | 494.88 |
| leaving a balance on hand of[1] | $ | 31,505.12 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 3,514.07 | $ 0.00 | $ 3,514.07 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 60.28 | $ 0.00 | $ 60.28 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD | $ 906.50 | $ 0.00 | $ 906.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,480.85 |
| Remaining Balance | $ 27,024.27 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,406.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | LVNV Funding LLC its successors and assigns | $ 1,428.50 | $ 0.00 | $ 1,428.50 |
| 000002 | East Bay Funding LLC | $ 1,345.11 | $ 0.00 | $ 1,345.11 |
| 000003 | Portfolio Recovery Associates, LLC | $ 7,935.57 | $ 0.00 | $ 7,935.57 |
| 000004 | Portfolio Recovery Associates, LLC | $ 11,697.27 | $ 0.00 | $ 11,697.27 |

Total to be paid to timely general unsecured creditors    $ 22,406.45

Remaining Balance    $ 4,617.82

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 258.55 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 4,359.27 .

Prepared By: /s/Peter N. Metrou
                           Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 12-35128-BWB
Daniel Moruzzi                                                  Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: acox                  Page 1 of 2          Date Rcvd: Dec 05, 2014
                              Form ID: pdf006             Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2014.
```
db             +Daniel Moruzzi,    798 Amanda Rd,    New Lenox, IL 60451-9587
19404612       +21st Century Insurance,    3 Beaver Valley Road,    Wilmington, DE 19803-1115
19404613        Bank Of America,    P.O. Box 851001,    Dallas, TX 75285-1001
19404614       +Blatt, Hasenmiller, Leibsker & Moor,    125 S. Wacker Drive Ste. 400,    Chicago, IL 60606-4440
19404615        Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
19404617        EM Strategies LTD,    PO Box 1208,    Bedford Park, IL 60499-1208
19404618        Firstsource Advantage, LLC.,    PO Box 628,    Buffalo, NY 14240-0628
19404620       +Green Planet,    10 Research Parkway, Ste. 2,    Wallingford, CT 06492-1963
19404621       +HSBC Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
19408033        JC Penney Co Inc,    PO Box 45270,    Salt Lake City UT 84145-0270
19404624       +Lincolnway Medical Associates,    250 E. Maple St.,    New Lenox, IL 60451-1877
21537780       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,
                   successor to CAPITAL ONE, NATIONAL ASSOC,    POB 41067,    Norfolk VA 23541)
19404626       +Pierce & Associates PC,    One North Dearborn St.,    Suite 1300,    Chicago, IL 60602-4373
19404627       +Santander Consumer,    PO Box 660633,    Dallas, TX 75266-0633
19404628       +Silver Cross Hospital,    Payment Processing Center,    PO Box 739,    Moline, IL 61266-0739
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19404616        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 06 2014 00:33:57      Discover,   PO Box 6103,
                 Carol Stream, IL 60197-6103
19834906       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2014 00:43:49
                 East Bay Funding LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 Greenville, SC 29602-0288
19404619        E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2014 00:26:45      GE Money Bank,    PO Box 981064,
                 El Paso, TX 79998-1064
19404622        E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2014 00:27:39      JC Penney,   P.O. Box 960001,
                 Orlando, FL 32896-0001
19404623       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 06 2014 00:22:51      Kohl's Payment Center,
                 PO Box 2983,    Milwaukee, WI 53201-2983
19829990        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2014 00:27:38
                 LVNV Funding LLC its successors and assigns,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC  29603-0587
                                                                                              TOTAL: 6
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21537755*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,
                   successor to FIA CARD SERVICES, N.A.,    POB 41067,    Norfolk VA 23541)
19404625       ##+Lori Moruzzi,    671 Bittersweet Lane,    New Lenox, IL 60451-2049
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: acox              Page 2 of 2              Date Rcvd: Dec 05, 2014
                              Form ID: pdf006         Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2014 at the address(es) listed below:

         Patrick A Meszaros    on behalf of Debtor Daniel  Moruzzi patrickmeszaros@yahoo.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
         Peter N Metrou    on behalf of Accountant Lois  West met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
         Peter N Metrou    met.trustee7@att.net,  met.trustee_backup@att.net,pnmlawyer@aol.com, pmetrou@ecf.epiqsystems.com

         TOTAL: 5