UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                            §
                                  §
                                  §
MORUZZI, DANIEL                   §    Case No. 12-35128
                                  §
                                  §
            Debtor(s)             §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Peter N. Metrou, Trustee _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DANIEL MORUZZI |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Green Planet 10 Research Parkway, Ste. 2 Wallingford, CT 06492 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pierce & Associates PC One North Dearborn St. Suite 1300 Chicago, IL 60602 | | | | | |
| | Santander Consumer PO Box 660633 Dallas, TX 75266 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL BANK | | | | | |
| POPOWCER KATTEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 21st Century Insurance 3 Beaver Valley Road Wilmington, DE 19803 | | | | | |
| | Bank Of America P.O. Box 851001 Dallas, TX 75285-1001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blatt, Hasenmiller, Leibsker & Moor 125 S. Wacker Drive Ste. 400 Chicago, IL 60606 | | | | | |
| | Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Discover PO Box 6103 Carol Stream, IL 60197-6103 | | | | | |
| | EM Strategies LTD PO Box 1208 Bedford Park, IL 60499-1208 | | | | | |
| | Firstsource Advantage, LLC. PO Box 628 Buffalo, NY 14240-0628 | | | | | |
| | GE Money Bank PO Box 981064 El Paso, TX 79998 | | | | | |
| | HSBC Retail Services PO Box 17602 Baltimore, MD 21297 | | | | | |
| | JC Penney P.O. Box 960001 Orlando, FL 32896-0001 | | | | | |
| | Kohl's Payment Center PO Box 2983 Milwaukee, WI 53201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lincolnway Medical Associates 250 E. Maple St. New Lenox, IL 60451 | | | | | |
| | Silver Cross Hospital Payment Processing Center PO Box 739 Moline, IL 61266 | | | | | |
| 000002 | EAST BAY FUNDING LLC | | | | | |
| 000001 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000003 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000004 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| | EAST BAY FUNDING LLC | | | | | |
| | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-35128 BWB | Judge: BRUCE W. BLACK | | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MORUZZI, DANIEL | | | Date Filed (f) or Converted (c): | 07/26/10 (f) |
| | | | | 341(a) Meeting Date: | 10/01/12 |
| For Period Ending: | 04/16/15 | | | Claims Bar Date: | 01/02/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 671 Bittersweet Lane, New Lenox, IL 60451 Co-Owned | 266,000.00 | 104,585.00 | | 32,000.00 | FA |
| 2. Checking - First Midwest Bank | 200.00 | 200.00 | | 0.00 | FA |
| 3. Furniture | 150.00 | 150.00 | | 0.00 | FA |
| 4. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5. 2006 Chevy Silverado 100,000 miles | 6,500.00 | 940.00 | | 0.00 | FA |
| 6. 2006 Alumicraft Navigator 165 Fishing Boat | 10,000.00 | 1,130.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $283,350.00 | $107,005.00 | | $32,000.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Distribution mailed 1-23-15;

Claims bar date passed and extended and no new claims filed, ready for TFR, surplus to Debtor; employ accountant for returns 2/14

Initial Projected Date of Final Report (TFR): 06/30/13     Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-35128 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | MORUZZI, DANIEL | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******4911 Checking Account |
| Taxpayer ID No: | *******2526 | | | |
| For Period Ending: | 04/16/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 31,700.76 | | 31,700.76 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.64 | 31,690.12 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 45.58 | 31,644.54 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 47.05 | 31,597.49 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 45.46 | 31,552.03 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 46.91 | 31,505.12 |
| 01/20/15 | 005001 | PETER N METROU 123 W. WASHINGTON STREET SUITE 216 OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 3,574.35 | 27,930.77 |
| | | | Fees            3,514.07 | 2100-000 | | | |
| | | | Expenses          60.28 | 2200-000 | | | |
| 01/20/15 | 005002 | POPOWCER KATTEN, LTD 35 EAST WACKER DRIVE SUITE 1550 CHICAGO, IL 60601 | Accountant for Trustee Fees (Other | 3410-000 | | 906.50 | 27,024.27 |
| 01/20/15 | 005003 | LVNV Funding LLC its successors and assigns c/o Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000001, Payment 101.15366% | | | 1,444.98 | 25,579.29 |
| | | | Claim           1,428.50 | 7100-000 | | | |
| | | | Interest           16.48 | 7990-000 | | | |
| 01/20/15 | 005004 | East Bay Funding LLC c/o Resurgent Capital Services PO Box 288 Greenville, SC 29603 | Claim 000002, Payment 101.15381% | | | 1,360.63 | 24,218.66 |
| | | | Claim           1,345.11 | 7100-000 | | | |
| | | | Interest           15.52 | 7990-000 | | | |

Page Subtotals         31,700.76      7,482.10

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-35128 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | MORUZZI, DANIEL | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******4911  Checking Account |
| Taxpayer ID No: | *******2526 | | |
| For Period Ending: | 04/16/15 | Blanket Bond (per case limit): | $  1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 01/20/15 | 005005 | Portfolio Recovery Associates, LLC successor to FIA CARD SERVICES, N.A. POB 41067 Norfolk VA 23541 | Claim 000003, Payment 101.15392% | | | 8,027.14 | 16,191.52 |
| | | | Claim        7,935.57 | 7100-000 | | | |
| | | | Interest          91.57 | 7990-000 | | | |
| 01/20/15 | 005006 | Portfolio Recovery Associates, LLC successor to CAPITAL ONE, NATIONAL ASSOC POB 41067 Norfolk VA 23541 | Claim 000004, Payment 101.15394% | | | 11,832.25 | 4,359.27 |
| | | | Claim       11,697.27 | 7100-000 | | | |
| | | | Interest         134.98 | 7990-000 | | | |
| 01/20/15 | 005007 | DANIEL MORUZZI 798 AMANDA RD NEW LENOX, IL  60451 | Surplus Funds | 8200-002 | | 4,359.27 | 0.00 |

|  |  |  | COLUMN TOTALS | | 31,700.76 | 31,700.76 | 0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less:  Bank Transfers/CD's | | 31,700.76 | 0.00 | |
| | | | Subtotal | | 0.00 | 31,700.76 | |
| | | | Less:  Payments to Debtors | | | 4,359.27 | |
| | | | Net | | 0.00 | 27,341.49 | |

Page Subtotals     0.00     24,218.66

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-35128 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | MORUZZI, DANIEL | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******1294  Checking Account |
| Taxpayer ID No: | *******2526 | | |
| For Period Ending: | 04/16/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/20/13 | 1 | LORI J MORUZZI | RE BUYOUT | 1110-000 | 32,000.00 | | 32,000.00 |
| 08/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 7/13 | 2600-000 | | 10.00 | 31,990.00 |
| 09/14/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES - 8/13 | 2600-000 | | 33.96 | 31,956.04 |
| 10/10/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 9-13 | 2600-000 | | 32.84 | 31,923.20 |
| 11/12/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 33.89 | 31,889.31 |
| 12/15/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 12/13 | 2600-000 | | 32.77 | 31,856.54 |
| 02/06/14 | 001001 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND PREMIUM 016026455 | 2300-000 | | 57.69 | 31,798.85 |
| 02/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 33.79 | 31,765.06 |
| 02/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 33.83 | 31,731.23 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 30.47 | 31,700.76 |
| 03/25/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 31,700.76 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 32,000.00 | 32,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 31,700.76 | |
| Subtotal | 32,000.00 | 299.24 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 32,000.00 | 299.24 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********4911 | 0.00 | 27,341.49 | 0.00 |
| Checking Account - ********1294 | 32,000.00 | 299.24 | 0.00 |
| | 32,000.00 | 27,640.73 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    32,000.00    32,000.00

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-35128 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | MORUZZI, DANIEL | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******1294 Checking Account |
| Taxpayer ID No: | *******2526 | | | |
| For Period Ending: | 04/16/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********4911 | | | | |
| | | | Checking Account - ********1294 | | | | |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*